**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **PATRICK JORDON AND** | ) | **CASE NO. 8:07CV385** |
| **DAVID GALVAN** | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **DOUGLAS COUNTY SCHOOL DISTRICT** | ) | |
| **0001, a/k/a OMAHA PUBLIC SCHOOL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion regarding the Defendant's Brief in Opposition to Gary Anderson's Motion for Miscellaneous Relief (Filing No. 14). The Brief is filed in response to a Motion of Gary Anderson, who is not a party to this matter. Mr. Anderson does not have standing in this matter, therefore the motion was not accepted for filing and will be returned to him. Because there is no pending Motion, the Brief will be stricken.

THEREFORE IT IS ORDERED that:

1. The Clerk's Office shall strike Defendant's Brief in Opposition to Gary Anderson's Motion for Miscellaneous Relief (Filing No. 14); and

2. The Clerk shall mail a copy of this order to Gary Anderson at: 6006 No. 109th Street, Omaha, NE 68164.

DATED this 2nd day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge