IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICK JORDAN and DAVID GALVAN,** | ) ) ) | **CASE NO. 8:07CV385** |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| **DOUGLAS COUNTY SCHOOL DISTRICT NO. ,1 a/k/a OMAHA PUBLIC SCHOOLS,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiffs' Motion to Extend Resistence [sic] Date (Filing No. 38). Plaintiff is requesting an extension of 14 days to respond to the Defendant's Motions for Summary Judgment. Plaintiffs' counsel represents that the Defendant does not oppose the motion. The parties are advised that the Court will not entertain further requests for extensions of time due to the schedule in the final progression order and the approaching pretrial conference. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 38) is granted; and

2. The Plaintiff shall respond to the Defendants' Motions for Summary Judgment (Filing Nos. 29 and 32) by filing its brief and index of evidence, if any, on or before December 1, 2008.

DATED this 18th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge