**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **PATRICK JORDAN and** | ) | **CASE NO. 8:07CV385** |
| **DAVID GALVAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **DOUGLAS COUNTY SCHOOL** | ) | |
| **DISTRICT NO. ,1 a/k/a OMAHA** | ) | |
| **PUBLIC SCHOOLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Plaintiffs' Motion to File a Corrected Brief ("Motion") (Filing No. 45) as their Opposition to Defendant's Motions for Summary Judgment (Filings Nos. 29 and 32). Plaintiffs have represented to this Court that no party has any objection to the filing of Plaintiffs' substitute Brief (Filing No. 44). Therefore, the Court finds that Plaintiffs' Motion should be granted.

IT IS ORDERED:

1. Plaintiffs' Motion to File a Corrected Brief (Filing No. 45) is granted; and

2. The Court accepts Filing No. 44 as the Plaintiffs' Brief in Opposition to Defendant's Motions for Summary Judgment (Filings Nos. 29 and 32).

DATED this 3rd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge